UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| DWAYNE E. MUHAMMAD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:17-cv-00459-CCE-JLW |
| v. | ) |
| | ) |
| LABORATORY CORPORATION OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JOINT NOTICE OF SETTLEMENT

COME NOW the parties, by and through their undersigned counsel, and report to the Court that they have reached a settlement of the claims in this action and will be filing a joint stipulation of dismissal in the coming weeks.

Respectfully submitted this 13th day of July, 2017.

/s/ Norman B. Smith
Norman B. Smith (NC Bar No. 4962)
Email: normanbsmith@earthlink.net
SMITH, JAMES, ROWLETT & COHEN, LLP
P.O. Box 990
Greensboro, NC 27402-0990
Phone: 336.274.2992
Fax: 336.274.8490

*Attorney for Plaintiff*

/s/ David C. Lindsay
David C. Lindsay (NC Bar No. 24380)
Email: david.lindsay@klgates.com
K&L GATES LLP
4350 Lassiter at North Hills Avenue
Suite 300
Raleigh, NC 27609
Phone: 919.743.7304
Fax: 919.516.2004

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2017, a copy of the foregoing **Joint Notice of Settlement** was filed electronically. Notice of this filing will be sent by operation of the Court's CM/ECF system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ David C. Lindsay
K&L Gates LLP

*Attorney for Defendant*